**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____     Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Tagrisk, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4219182** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17011 Beach Blvd.** **Suite 0205** **Huntington Beach, CA 92647** Number, Street, City, State & ZIP Code | **990 Hammond Drive** **Suite 105** **Atlanta, GA 30328** P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.tagrisk.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Tagrisk, LLC**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5242**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

| Debtor | **Tagrisk, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Tagrisk, LLC**
Name                                                                          Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Tagrisk, LLC**                                                         Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**
_____
MM / DD / YYYY

**X** **/s/ Larry Anaya**                                          **Larry Anaya**
_____          _____
Signature of authorized representative of debtor              Printed name

Title    **Executive Vice President**
_____

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**                    Date    **August 21, 2023**
_____                  _____
Signature of attorney for debtor                              MM / DD / YYYY

**J. Robert Williamson 765214**
_____
Printed name

**Scroggins & Williamson, P.C.**
_____
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
_____
Number, Street, City, State & ZIP Code

Contact phone    **404-893-3880**        Email address    **rwilliamson@swlawfirm.com**
_____                              _____

**765214 GA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Tagrisk, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2023**          X **/s/ Larry Anaya**
                                              Signature of individual signing on behalf of debtor

                                              **Larry Anaya**
                                              Printed name

                                              **Executive Vice President**
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tagrisk, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert M. Ey and Irene M. Ey c/o Benjamin Lantz, Esq. 1201 Third Ave., Suite 3200 Seattle, WA 98101** | **Benjamin Lantz blantz@ kellerrohrback.com** | **Default Judgment (Plus Post-Judgment Interest)** | **Disputed** | | | **$20,000,000.00** |
| **Onni Huntington Beach LLC 17011 Beach Blvd Ste 206 Huntington Beach, CA 92647** | **Sheri Freed sfreed@onni.com 714-841-9095 ext 2** | | | | | **$154,388.20** |
| **Everguard Insurance Services, Inc 1900 West Nickerson St Ste 300 Seattle, WA 98199** | **Keishia Garcia Keishia.garcia@ everguardins.com 206-957-2238** | | | | | **$128,413.06** |
| **RT Specialty 1100 Walnut Street Suite 3200 Kansas City, MO 64106** | **Timothy Redfern timothy.redfern@ rtspecialty.com RTPaymentSupport @rtspecialty.com 480-535-1389** | | | | | **$42,402.20** |
| **Baldinger Insurance Serices Inc PO Box 31927 Las Vegas, NV 31927** | **Devon or Sandy Baldinger bis@ baldingerins.com 702-745-7129** | | | | | **$33,146.58** |
| **AmWins Access 18630 Sutter Bvd. Suite 100 Morgan Hill, CA 95037** | **Eileen Habacon Eileen.Habacon@ amwins.com 704-826-2745** | | | | | **$21,158.79** |

Debtor **Tagrisk, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Neitclem** **7442 North Figueroa St** **Los Angeles, CA 90041** | **John Lacsamana** **jlacsamana@ neitclem.com** **323-206-3621** | | | | | **$5,494.38** |
| **Bass Underwriters** **6167 Bristol Pkwy Suite 390** **Culver City, CA 90230** | **Cheryl Royes** **croyes@ bassuw.com** **954-513-1788** | | | | | **$3,195.12** |
| **UCA General Services** **6363 Katella Ave** **Cypress, CA 90630** | **Oksana Sams** **osams@ ucageneral.com** **714-228-7816** | | | | | **$2,017.12** |
| **Business Alliance** **400 Oyster Point Blvd** **Ste 327** **South San Francisco, CA 94080** | **Xiu Wang** **xwang@ebaic.com** **650-866-3999 ext 208** | | | | | **$663.80** |
| **Specialty Insurance Agency** **1610 Route 88** **Ste 102** **Brick, NJ 08724** | **Madeline Monahan** **mmonahan@ specialtyagency.com** **732-701-8921** | | | | | **Unknown** |
| **Insperity PEO Services, LLC** **19001 Crescent Spring Drive** **Kingwood, TX 77339** | **Jessica Newland** **jessica.newland@ insperity.com** **713-324-1248** | **Contract** | **Unliquidated** | | | **Unknown** |
| **M.J. Hall & Company, Inc** **1550 West Fremont Street** **2nd Floor** **Stockton, CA 95203** | **Aarika Morris** **aarika.morris@ mjhall.com** **209-870-3930** | | | | | **Unknown** |
| **Risk Placement Services, Inc** **PO Box 748136** **Los Angeles, CA 90074-8136** | **Basavaraj Shidrarashettar** **Basavaraj_Shidram ashettar@ajg.com** | | | | | **Unknown** |
| **Mercury** **7301 NW Expressway** **Oklahoma City, OK 73132** | | | | | | **Unknown** |
| **Midwest General Insurance** **300 S. Bradfordton Road** **Springfield, IL 62711** | **Gregory J. Klunick** | | | | | **Unknown** |

Debtor **Tagrisk, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AmTrust North America, Inc. 800 Superior Ave. E. 21st Fl. Cleveland, OH 44114** | **Michael Dudley** | | | | | **Unknown** |
| **State Compensation Ins. Fund Corporate Legal 5880 Owens Drive Pleasanton, CA 94588** | | | | | | **Unknown** |
| **Employers Compensation Ins. Co. Attn: Agency Management 10375 Professional Circle Reno, NV 89521** | | | | | | **Unknown** |
| **PIE Insurance Services, Inc. Attn: General Counsel 1615 L Street NW Suite 620 Washington, DC 20036** | **Rich Frandeen Rich.Frandeen@ pieinsurance.com 202-585-1620** | | | | | **Unknown** |

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Tagrisk, LLC**_____    Case No.    _____

                                    Debtor(s)    Chapter    **11**_____

## VERIFICATION OF CREDITOR MATRIX

I, the Executive Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **August 21, 2023**_____    **/s/ Larry Anaya**_____

                                    **Larry Anaya/Executive Vice President**
                                    Signer/Title

5Star Specialty
50 California Street
Suite 2000
San Francisco, CA 94111


Allied Insurance
1100 Locust Street
Des Moines, IA 50391


AmTrust North America, Inc.
Attn: Michael Dudley
800 Superior Ave. E., 21st Fl.
Cleveland, OH 44114


AmWins Access
18630 Sutter Blvd.
Suite 100
Morgan Hill, CA 95037


AmWins Insurance Brokerage CA
443 Crown Point Circle
Unit A
Grass Valley, CA 95945


Amwins Insurance Brokerage of CA
444 South Flower Street
Ste 4500
Los Angeles, CA 90071


Atlas General
4365 Executive Drive
Suite 400
San Diego, CA 92121


Baldinger Insurance Services
PO Box 31927
Las Vegas, NV 89173

Baldinger Insurance Services
5580 West Flamingo Road
Suite 109
Las Vegas, NV 89103


Bass Underwriters
6167 Bristol Pkwy
Ste 390
Culver City, CA 90230


Blue Sky Risk
990 Hammond Dr
Ste 1000
Atlanta, GA 30328


Brian Kozlowski
210 Via Ithaca
Newport Beach, CA 92663


BTIS
6610 Sierra College Boulevard
Rocklin, CA 95677


Business Alliance
400 Oyster Point Blvd
Ste 327
South San Francisco, CA 94080


California Dept of Insurance
PO Box 1918
Sacramento, CA 95812


California Fair Plan
PO Box 76924
Los Angeles, CA 90076-0924

```
Cannasure
1468 West 9th Street
Ste 805
Cleveland, OH 44113


Cannasure Insurance Services
1991 Crocker Road
Suite 320
Westlake, OH 44145


CannGen Insurance Services LLC
1512 Eureka Road
Suite 200
Roseville, CA 95661


Carney Badley Spellman
701 Fifth Avenue
Ste 3600
Seattle, WA 96104-7010


City of Huntington Beach
Finance Dept - Business Lic
PO Box 190, 2000 Main Street
Huntington Beach, CA 92648-2702


County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Dawn Adams
3132 Bermuda Dr
Costa Mesa, CA 92626


Direct Access Insurance Serv.
Attn: President
443 Crown Point Circle, Unit A
Grass Valley, CA 95945
```

Employers Compensation Ins. Co
Attn: Agency Management
10375 Professional Circle
Reno, NV 89521


Entertainment Risk
990 Hammond Dr
Ste 1000
Atlanta, GA 30328


Eugene Rotondo
4434 Rubious Ave
North Las Vegas, NV 89084


Everguard Insurance Services, Inc
1900 West Nickerson St
Ste 300
Seattle, WA 98199


Foodservice Lead
P.O. Box 862188
Marietta, GA 30062


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500


Frazier Deeter
1230 Peachree Street NE
Ste 1500
Atlanta, GA 30309


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345


Glenn Levine
104 Cloudcrest
Aliso Viejo, CA 92656


Godaddy.com
2150 E. Warner Rd.
Tempe, AZ 85284


Harry Kulakjian
15009 Moorpark St
#104
Sherman Oaks, CA 91403


Herman Jones
3424 Peachtree Road NE
Ste 1650
Atlanta, GA 30326


Humboldt Growers Association
PO Box 1404
Eureka, CA 95502


Insperity PEO Services, LLC
19001 Crescent Spring Drive
Kingwood, TX 77339


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308


Intuit
2632 Marine Wy
Mountain View, CA 94043


Ironwood/Cypress
28202 Cabot Road
Suite 435
Laguna Niguel, CA 92677


J.J. Farber-Lottman Co.
PO Box 613
Palisades Park, NJ 07650


Jeff Killen
236 Coronado Ave
Long Beach, CA 90803


John Ibasitas
25212 Stockport St
Apt 40
Laguna Hills, CA 92653


Kubik Mediation Group
PO Box 978
Chehalis, WA 98532


Kumo Cloud Solutions
6580 Research Dr
Irvine, CA 92618


Law Office of Deacon Zhang
13200 Crossroads Parkway North
Ste 270
City of Industry, CA 91746

Law Office of Loyd E Wright III
5000 Birch Street, West Tower
Ste 3000
Newport Beach, CA 92660


M.J. Hall & Company, Inc
1550 West Fremont Street
2nd Floor
Stockton, CA 95203


Mailchimp c/o The Rocket Science Group
675 Ponce De Leon Ave NE
Ste 5000
Atlanta, GA 30308


Mandy Pope
6536 Eucalyptus Ave
Chino, CA 91710


Mercury
7301 NW Expressway
Oklahoma City, OK 73132


Midwest General Insurance
Attn: Gregory J. Klunick
300 S. Bradfordton Road
Springfield, IL 62711


NCCI Assigned Risk
6301 Indian School Road
Suite 990
Albuquerque, NM 87110


Neitclem
7442 North Figueroa St
Los Angeles, CA 90041

```
Networked Insurance
443 Crown Point Circle
Unit A
Grass Valley, CA 95945


Omaha National
PO Box 451139
Omaha, NE 68145


Onni Huntington Beach LLC
17011 Beach Blvd
Ste 206
Huntington Beach, CA 92647


Pacific Excess Insurance Mark.
6363 Katella Ave.
Cypress, CA 90630


PIA Southern Alliance
3805 Crestwood Parkway NW
Ste 140
Duluth, GA 30096


Pie Insurance Services, Inc.
Attn: General Counsel
1615 L Street NW, Suite 620
Washington, DC 20036


Pipedrive
530 Fifth Ave.
9th floor, ste 802
New York, NY 10036


Praxis
990 Hammond Dr
Ste 1000
Atlanta, GA 30328
```

Quadscore
991 Hammond Dr
Ste 1001
Atlanta, GA 30329


Questex Media Group
685 3rd Avenue
21st Floor
New York, NY 10017


RIC
PO Box 12279
Santa Rosa, CA 95406


Richard Stevenson
23906 Martingale Way
Tehachapi, CA 93561


Risk Placement Services, Inc
PO Box 748136
Los Angeles, CA 90074-8136


Risk Placement Services, Inc.
2850 Golf Road
Rolling Meadows, IL 60008


Robert M. Ey and Irene M. Ey
c/o Benjamin Lantz, Esq.
1201 Third Ave., Suite 3200
Seattle, WA 98101


RT Specialty
1100 Walnut Street
Suite 3200
Kansas City, MO 64106


Russell Askew
2191 Borona Way
Sacramento, CA 95833

Scheer Law PLC
2101 Foruth Ave
Ste 830
Seattle, WA 98121


Shermanart Creative
P.O. Box 78103
Corona, CA 92877


Southern California Shredding
20492 Crescent Bay Drive
STE #112
Lake Forest, CA 92630


Specialty Insurance Agency
1610 Route 88
Ste 102
Brick, NJ 08724


Spectrum Enterprise
4145 S Falkenburg Rd
Riverview, FL 33578-8652


State Compensation Ins. Fund
Corporate Legal
5880 Owens Drive
Pleasanton, CA 94588


Target Market Insurance Services
10161 Park Run Drive
Las Vegas, NV 89145


UCA General Insurance Services
6363 Katella Ave
Cypress, CA 90630


Vertafore Sircon
PO Box 208882
Dallas, TX 75320-8882

WestGuard Insurance Company
PO Box A-H
Wilkes Barre, PA 18703-0020


WH Greene
400 Quaker Road
East Aurora, NY 14052


What Now Media
931 Monroe Dr NE
Ste A102 #635
Atlanta, GA 30308


Worldwide Facilities
725 South Figueroa Street
19th Floor
Los Angeles, CA 90017


XPT Specialty
595 E. Colorado Blvd.
Suite 810
Pasadena, CA 91101